IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 9:15-CR-00018-MHS |
| v. § | |
| § | |
| § | |
| JASON MCLAUGHLIN § | |
| § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Pending is the Defendant's Motion to Suppress Tapes and Transcripts. (Doc. No. 49.) The court referred this matter to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable laws and orders of this court. Judge Hawthorn issued a Report and Recommendation recommending that the Defendant's Motion be denied as moot. No objections were filed to the Report and Recommendation.

The court concludes that the magistrate judge's findings, conclusions and analysis are correct. Accordingly, the report of the magistrate judge (Doc. No. 78) is **ADOPTED**. It is further

**ORDERED** that the Defendant's motion to suppress (Doc. Not. 49) is **DENIED** as **MOOT.**

SIGNED this 21st day of July, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE